## IN RE JENNIFER P.

The petitioner's, Amy B. Wheaton, commissioner of the department of children and youth services, petition for certification for appeal from the Appellate Court, 17 Conn. App. 427, is denied.

*Diane W. Whitney,* assistant attorney general, in support of the petition.

*Jeffrey D. Ginzberg,* in opposition.

Decided March 8, 1989

## ZENIA ADAMUS *v.* STEFAN ADAMUS

The defendant's petition for certification for appeal from the Appellate Court is granted, limited to the following issue:

"Is an order granting exclusive possession of a family home pendente lite, pursuant to section 46b-83, a final judgment for purposes of appeal?"

*Henry D. Marcus,* in support of the petition.

Decided March 22, 1989

## WILLIAM FOLEY *v.* CITY OF NEW BRITAIN ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 17 Conn. App. 834, is dismissed.

*Harold J. Geragosian,* in support of the petition.

*Jason M. Dodge,* in opposition.

Decided March 29, 1989